STATE OF NEW JERSEY v. ALBERT MEDINA.

October 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND MURPHY.

October 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. GERONIMO SANCHEZ.

October 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE J. KELLY.

October 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM TOYENST.

October 29, 1985.

Petition for certification denied.